**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **UNDER SEAL** |
| | : | |
| **SANDRA SETTLE,** | : | **VIOLATIONS:  21 U.S.C. § 846** |
| | : | **(Conspiracy to Distribute and Possess** |
| | : | **With Intent to Distribute Heroin)** |
| **Defendant.** | : | |
| | : | **FORFEITURE: 21 U.S.C. § 853(a), (p)** |
| | : | |

# I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

Between in or about January 2012 and July 2012, within the District of Columbia, the States of Maryland and Virginia, and elsewhere, **SANDRA SETTLE,** did knowingly and willfully combine, conspire, confederate and agree together with JERMAINE WASHINGTON, also known as "Face" and "Dutch," and other persons, both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

(**Conspiracy to Distribute and Possess with Intent to Distribute Heroin,** in violation of Title 21, United States Code, Section 846)

### FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived

from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense. The United States will also seek a forfeiture money judgment against the defendant in the amount of $4,500.00.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a) and (p))

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 447889

By: _____
KENNETH F. WHITTED
Assistant United States Attorney
D.C. Bar No. 430346
555 4th Street, N.W., Suite 4820
Washington, D.C. 20530
(202) 252-7722
Kenneth.Whitted@usdoj.gov